IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 25-MJ-2312-JMC |
| IN THE MATTER OF THE EXTRADITION OF DOMINIC JASON MOORE, | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## MOTION TO UNSEAL

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Darren Gardner, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Complaint, Arrest Warrant, and all other docket entries in the above-captioned matter. The Defendant is in custody, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Complaint and all other docket entries be unsealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Darren Gardner
Assistant United States Attorney

Digitally signed by DARREN GARDNER
Date: 2025.09.26 14:25:43 -04'00'

**ORDERED** as prayed, this 26th day of September 2025.

_____
Honorable Chelsea J. Crawford
United States Magistrate Judge