# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

**Dominic Moore**

Case No. JMC-25-mj-2312

\* \* \* \* \* \*

## ORDER OF TEMPORARY DETENTION PENDING EXTRADITION HEARING

Upon motion of the United States for Temporary Detention, it is ORDERED that an extradition hearing is set for October 20, 2025 at 10:00 am before Hon. Charles D. Austin, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing without prejudice to the Defendant requesting a detention hearing prior to the extradition hearing.

September 26, 2025
Date

_(signed)_ Chelsea J. C——
Chelsea J. Crawford
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention