AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Maryland

| | |
|---|---|
| In the Matter of the Extradition of<br>DOMINIC JASON MOORE | Case No. 1:25-mj-02312-JMC |

FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 2 4 2025

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DOMINIC JASON MOORE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Germany which has sought his extradition, pursuant to the extradition treaty between the United States and Germany and 18 U.S.C. § 3184, for second-degree murder, in violation of Section 212 of the German Criminal Code.

Date: September 9, 2025

*Issuing officer's signature*

City and state: Baltimore, Maryland

Honorable J. Mark Coulson, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/9/25, and the person was arrested on *(date)* 9/26/25
at *(city and state)* BALTIMORE, MD.

Date: 9/26/25

*Arresting officer's signature*

Graver Rossa  P/S— Dep
*Printed name and title*